**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **United States of America**, | Case No. 25-CR-143 (SRN/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| **Randy Joe Fuller**, | |
| Defendant. | |

Matthew D. Evans and Evan Gilead, U.S. Attorney's Office, 600 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Randy Joe Fuller, No. 78821-511, FCI-Oxford, P.O. Box 1000, Oxford, WI 55952, Pro Se Defendant

_____

SUSAN RICHARD NELSON, United States District Judge

Before the Court is the April 13, 2026 Pro Se Letter [Doc. No. 65] from Defendant Randy Joe Fuller in which he seeks the Court's assistance in obtaining credit for time served from April 4, 2025. He contends that he was arrested on that date in Nebraska, but the Bureau of Prisons is only crediting him with time calculated from May 2, 2025 forward.

As the Government notes in its Response [Doc. No. 67], Mr. Fuller was arrested on May 2, 2025. The arrest warrant return in this case [Doc. No. 8] confirms his May 2, 2025 arrest date.

Because there is no error to correct, Mr. Fuller's letter request [Doc. No. 65] is **DENIED.**

1

2

**SO ORDERED**.

Dated: April 15, 2026                                    s/Susan Richard Nelson
                                                              Susan Richard Nelson
                                                              United States District Judge